IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CT-3373-FL

| | | |
|---|---|---|
| WILLIAM SCOTT DAVIS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ROY COOPER, PATRICK McCRORY, | ) | |
| BEVERLY PURDUE, MIKE EASLEY, | ) | |
| STATE OF NORTH CAROLINA, | ) | |
| MELANIE A. SHEKITA, COLON | ) | |
| WILLOUGHBY, NED MAGNUM, and | ) | |
| LORRIN FREEMAN | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a federal inmate proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. The matter is before the court on plaintiff's failure to respond to the court's December 11, 2019, order of deficiency. The order explained plaintiff failed to either file an application to proceed without prepayment of fee or pay the $400 filing fee in this action, and warned plaintiff that failure to correct the deficiency within 21 days of entry of the order may result in dismissal of this action without prejudice. To date, plaintiff has not complied with the court's order. Accordingly, this action is DISMISSED without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b).

SO ORDERED, this the 17th day of January, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge