IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

WILLIAM SCOTT DAVIS, JR.,
    Plaintiff,
    v.
ROY COOPER, PATRICK MCCRORY,
BEVERLY PURDUE, MIKE EASLEY,
STATE OF NORTH CAROLINA,
MELANIE A. SHEKITA, COLON
WILLOUGHBY, NED MAGNUM, and
LORRIN FREEMAN,
    Defendant.

**Judgment in a Civil Case**

Case Number: 5:19-CT-3373-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for review after plaintiff failed to comply with Local Rules of Practice and Procedure.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on January 17, 2020, with service on:
William Scott Davis, Jr. (via U.S. Mail)
84944-083
Hazelton - U.S.P.
P.O. Box 2000
Bruceton Mills, WV 26525

January 17, 2020

Peter A. Moore, Jr.
Clerk of Court

By: _____
Deputy Clerk